UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RENEE DAWN WILLIAMS,

                              Plaintiff,                      **ORDER**

      -against-                                          21 Civ. 8060 (NSR)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------x

       On December 29, 2021, the Commissioner of Social Security, ("Commissioner") filed the certified administrative record in the above-captioned mater. (Docket No. 10). Pursuant to the Court's Order of Service and Scheduling Order, issued by the Honorable Nelson S. Román on September 30, 2021, "[i]f the Commissioner wishes to file a motion for judgment on the pleadings, the Commissioner must do so within 60 days of the date on which the e-CAR was filed." (Docket No. 6). To date, no motion has been filed. Therefore, by March 17, 2022, the Commissioner is directed to file her motion. The Plaintiff must file an answering brief within 60 days of the filing of the Commissioner's motion. The Commissioner may file a reply within 21 days thereafter.

       The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

Dated: March 10, 2022
       White Plains, New York

                                                       **SO ORDERED:**

                                                       JUDITH C. McCARTHY
                                                     United States Magistrate Judge