**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

RENEE DAWN WILLIAMS,

                Plaintiff,                21 **CIVIL** 8060 (NSR)(JCM)

      -v-                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 23, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further administrative proceedings, pursuant to the fourth sentence of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g), including but not limited to (1) offering the plaintiff the opportunity for an expedited hearing to take place within the next twelve months, (2) assigning the matter to a new Administrative Law Judge with instructions to further evaluate the claimant's mental impairments, reconsider the claimant's residual functional capacity, and evaluate the opinion of the treating sources as required by the regulations, (3) providing a de novo decision in the case in accordance with the Commissioner's rules and regulations.

**Dated:**  New York, New York
         May 24, 2022

                                                          **RUBY J. KRAJICK**

                                                           _____
                                                              **Clerk of Court**

                             **BY:**      *K. Mango*

                                                              _____
                                                             **Deputy Clerk**